# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

*In re*: Ty M. Maynarich
Attorney at Law, Nevada Bar No. 14584

Case No. 2:26-ms-00021-APG

**ORDER TRANSFERRING ATTORNEY
TO DISABILITY INACTIVE STATUS**

Attorney Ty M. Maynarich, State Bar No. 14584, was transferred to disability inactive status by the Supreme Court of the State of Nevada on May 7, 2026. On June 8, 2026, I ordered Ty M. Maynarich to show cause why this court should not impose a reciprocal order transferring him to disability inactive status. That order was mailed via certified mail and was signed for by addressee Ty M. Maynarich on June 24, 2026. The order provided Ty M. Maynarich with 30 days to respond with reasons why he should not be transferred to disability inactive status. No response has been received. Failure to respond requires me to enter an order transferring Ty M. Maynarich to disability inactive status. Local Rule IA 11-7(e)(4).

I THEREFORE ORDER that Ty M. Maynarich, Nevada Bar No. 14584, is transferred to disability inactive status in United States District Court for the District of Nevada.

DATED this   13th    day of July, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b) and LR 5-1, I hereby certify that I am an employee of the United States District Court, and that on this 13th day of July, 2026, I caused to be served a true and correct copy of the foregoing Order to the following party via Certified Mail, Return Receipt Requested, via the United States Postal Service, in a sealed envelope, postage prepaid, to the following:

Ty M. Maynarich
P.O. Box 777874
Henderson, NV 89077

Certified Mail No.: 7018 1830 0001 8797 9043

/s/ P. Rich
Deputy Clerk
United States District Court,
District of Nevada